SAMPSON TKACZYK ET AL. *v.* HERMAN LEVINE, ADMINISTRATOR (ESTATE OF OLGA GALLAGHER), ET AL.

The plaintiffs having filed a motion for reargument on the question of the dismissal of their appeal from the Superior Court in New Haven County, it is ordered that the motion for reargument be argued at the January, 1964, term of this court at a time to be designated on the assignment list for that term.

Decided December 17, 1963

THE TOWN OF WILTON *v.* THE LEEDEN CORPORATION

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County at Stamford is granted.

*Sidney Vogel,* for the appellee (plaintiff).

*Willard R. Carter,* for the appellant (defendant).

Argued January 7—decided January 7, 1964

JENNIE FILLIPONE *v.* CORPORATION OF THE CHURCH OF THE IMMACULATE CONCEPTION

The motion by the plaintiff for permission to file a corrected brief in the appeal from the Superior Court in New Haven County is granted.

*Eugene H. Kaplan,* on the motion.

Submitted December 26, 1963—decided January 7, 1964